PROVIDED TO
HAMILTON CI
MAR 22 2023
RECEIVED BY BSD
FOR MAILING

Copy 1 of 2.  March 22, 2023

3:23CV302-MMH-LLL

United States District Court
Middle District of Florida
300 N. Hogan Street, Ste 9-
Jacksonville, Florida
32202-4271

2023 MAR 24 PM 2:29
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA
FILED

ATTN: Federal courts of the middle district.
My life remains in "Imminent" Danger under the supervision of C-O E. Harper, et. al, at Hamilton C.I. Annex, Daily Harper is putting all kinds of contaminations into my food trays along with C-O G. Gabrielli, Administration has been advised via Grievances unresponded! Harper and Gabrielli have been given the green light to do what they want to myself out of retaliation for reporting their violations of their certification and employment or appointment. It's been and ongoing daily abuse by both of these officials in this manner and others and have "repeatedly", made it none on audio that he and the other confinement staff was gonna have myself assaulted by other inmates, And my next door neighbor in #2111 Sheffied, by other inmates the first time, him, the housing Sgt. or dormitory Lt. et.al, Get any opportunity Gonna be tooken advantaged of and the camera footage would be destroyed, that the inmates did not have to worry about that, they were were gonna cover it up Good.
My life remains in danger And I need the Inspector General envolved immediately, as the warden, P. Allen, is allowing these staff in confinement to do what they want to!

Jay Duran
12374 SW 94th LN
Miami, FL 33186